IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHERYL WINROW, *on behalf of herself*
*and others similarly situated,*

    Plaintiff,

vs.                                            No. CIV-14-0175 KG/GBW

WEBBANK and BLUESTEM BRANDS, INC.,

    Defendants.

## ORDER

This matter comes before the Court *sua sponte*. A hearing will be set as to the issue of whether or to what extend the "effective-vindication rule" applies in this matter. *See American Express Co., et al., v. Italian Colors Restaurant, et al.,* 133 S. Ct. 2304 (2013).

IT IS, THEREFORE, ORDERED that

1. The parties must file their briefs on the above issue (10 pages or less) on or before December 5, 2014; and

2. A hearing on this issue will be set on December 18, 2014 at 2:00 p.m. in Las Cruces, New Mexico – 4th Floor Mimbres Courtroom.

 

_____
UNITED STATES DISTRICT JUDGE