## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

CHERYL WINROW, on behalf of herself and
others similarly situated,

                                          Case No. 2:14-cv-00175-KG-GBW

         Plaintiff,

v.

WEBBANK and BLUESTEM BRANDS,
INC.,

         Defendants.

## STIPULATED ORDER OF ORDER OF DISMISSAL WITH PREJUDICE OF ALL INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE OF ALL CLASS CLAIMS AGAINST DEFENDANTS

THIS MATTER having come before the Court upon the parties' Joint Motion for Order of Dismissal with Prejudice of All Individual Claims and Without Prejudice of All Class Claims Against Defendants, the Court, having considered the Joint Motion, and being advised that all claims that were or that could have been brought by Plaintiff Cheryl Winrow against Defendants WebBank and Bluestem Brands, Inc. have been amicably resolved and that each party has agreed to bear its own costs and expenses (including attorney fees) incurred in connection with this litigation, finds that the Motion is well-taken and should be GRANTED..

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff Cheryl Winrow's Complaint and all individual claims which could have been brought against Defendants Webbank and Bluestem Brands, Inc. are dismissed with prejudice and all claims of the putative class against Defendants are dismissed without prejudice.

                                             _____

                                      UNITED STATES DISTRICT JUDGE

SUBMITTED:

FAEGRE BAKER DANIELS LLP

By: */s/ Erin L. Hoffman*
    Eileen M. Hunter (*pro hac vice*)
    Erin L. Hoffman (*pro hac vice*)
    2200 Wells Fargo Center
    90 South Seventh Street
    Minneapolis, MN 55402-3901
    Telephone: 612.766.7000
    Facsimile: 612.766.1600
    eileen.hunter@FaegreBD.com
    erin.hoffman@FaegreBD.com

    and

MODRALL, SPERLING, ROEHL, HARRIS
    & SISK, P.A.

    Jennifer G. Anderson
    Nathan T. Nieman
    500 Fourth Street NW, Suite 1000 (87102)
    P.O. Box 2168
    Albuquerque, NM 87103-2168
    Telephone: 505.848.1800
    Facsimile: 505.848.1899
    jga@modrall.com
    ntn@modrall.com

*Attorneys for Defendants*

APPROVED:

GREENWALD DAVIDSON PLLC

By: */s/ Michael L. Greenwald*
    Michael L. Greenwald (*pro hac vice*)
    5550 Glades Road, Suite 500
    Boca Raton, FL 33431
    Telephone: 561.826.5477
    Facsimile: 561.961.5684
    mgreenwald@mgjdlaw.com

    and

LAW OFFICE OF ANITA M. KELLEY

    Anita M. Kelley
    913-A Fifth Street NW
    Albuquerque, NM 87102
    Telephone: 505.750.0265
    Facsimile: 505.213.7258
    amk@anitakelleylaw.com

*Attorneys for Plaintiff*